IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID RUEZGA,

    Petitioner,

  v.

JAMES A. YATES,

    Defendant.

                                    /

No. C 06-03351 CRB

**JUDGMENT**

    The Court having denied the petition for habeas corpus by Opinion and Order filed January 31, 2008, judgment is entered in favor of Respondent and against Petitioner David Ruezga.

    **IT IS SO ORDERED.**

Dated: January 31, 2008

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3351\judgment.wpd