IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID RUEZGA,

    Petitioner,

v.

JAMES A. YATES,

    Defendant.

No. C 06-03351 CRB

**CERTIFICATE OF APPEALABILITY**

The Court hereby GRANTS a certificate of appealability as to the following questions of law:

(1) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that trial counsel's failure to request an instruction on antecedent threats was not prejudicial,

(2) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that trial counsel's opening the door to the admission of gang evidence was not prejudicial,

(3) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that trial counsel's failure to object to the admission of a weapon was not prejudicial,

(4) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that trial counsel's failure to introduce the testimony of Fernando Ruezga about a prior attack was not prejudicial,

(5) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in rejecting petitioner's cumulative ineffective assistance of counsel claim,

(6) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in rejecting petitioner's challenge to the CALJIC No. 5.55 instruction,

(7) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in rejecting petitioner's challenge to the CALJIC No. 8.66.1 instruction, and

(8) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in rejecting petitioner's Blakely challenge.

**IT IS SO ORDERED.**

Dated: March 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE